**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROGER G. CHARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:09-cv-00199 (RMU) |
| ) | |
| OFFICE OF THE ARMED FORCES MEDICAL ) | |
| EXAMINER, ARMED FORCES INSTITUTE OF ) | |
| PATHOLOGY, AND THE UNITED STATES ) | |
| DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE**

The parties hereby notify the Court that they have resolved any dispute regarding the body armor description sheets that are responsive to Plaintiff's narrowed Freedom of Information Act ("FOIA") request. Therefore, the Court need not address the arguments on pages 2 and 3 of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Third Cross-Motion for Summary Judgment that address the body armor description sheets. *See* Dkt. No. 47 (Nov. 22, 2011).

Defendants' withholding of the preliminary autopsy reports, final autopsy reports, and in-theater medical records that are responsive to Plaintiff's narrowed request remain in dispute. The parties have fully briefed the propriety of these withholdings in their pending, third cross-motions for summary judgment. *See* Dkt. No. 41 (Oct. 25, 2011); Dkt. No. 44 (Nov. 8, 2011).

                                                  Respectfully Submitted,

Dated: December 19, 2011        By:    /s/ Michael J. Gulliford

                                                  ANDREW M. GENSER**
                                                  MICHAEL J. GULLIFORD**
                                                  Kirkland & Ellis, LLP
                                                  153 East 53d Street
                                                  New York, NY 10022
                                                  Tel: (212) 446-4800

                                                  *Attorneys for Plaintiff*
                                                  ** Pro bono attorney, admitted *pro hac vice*,
                                                  pursuant to LCVR 83.2(g)


Dated: December 19, 2011        By:    /s/ Michelle R. Bennett

                                                  MICHELLE R. BENNETT
                                                  JOHN R. TYLER
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  20 Massachusetts Ave., NW
                                                  Washington, D.C. 20001
                                                  Tel: (202) 305-8902

                                                  *Attorneys for Defendants*