**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROGER G. CHARLES,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE ARMED FORCES MEDICAL EXAMINER, ARMED FORCES INSTITUTE OF PATHOLOGY, AND THE UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants. | ) | Case No. 1:09-cv-00199 |

## NOTICE

Pursuant to this Court's May 9, 2013 Order, defendants, Office of the Armed Forces Medical Examiner, Armed Forces Institute of Pathology, and the United States Department of Defense, notify the Court that on December 13, 2013, defendants voluntarily moved the United States Court of Appeals for the District of Columbia to dismiss the appeal filed in this case, *see Charles v. Office of the Armed Forces Medical Examiner, et al.*, USCA No. 13-5359, ECF No. 1470504 (Dec. 13, 2013). The United States Court of Appeals for the District of Columbia has not yet granted defendants' appeal dismissal motion.

Dated: December 17, 2013

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

/s/ Tamra T. Moore
MICHELLE R. BENNETT

TAMRA T. MOORE
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 514-8095

*Attorneys for Defendants*